___FILED ___ENTERED
___LODGED ___RECEIVED

MAR 2 2 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANITA M. MAYFIELD | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-98-1779 |
| MATTHEW F. RYAN | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF JUDGMENT

This action came on for trial with a Jury before the Honorable William M. Nickerson, United States District Judge presiding; and the defendant having stipulated as to the issue of liability against him; and the remaining issue of damages having been duly tried; and a verdict sheet having been submitted to the jury, and the jury having answered the questions set forth on said verdict sheet, it is this 22nd day of March, 2000,

ORDERED

1. That judgment is entered in favor of plaintiff Anita M. Mayfield against Matthew F. Ryan for the sum of six thousand, nine hundred, ninety-five dollars and thirty-two cents ($6,995.32) for medical expenses incurred to date; two thousand dollars and zero cents ($2,000.00) for loss of earnings incurred to date; and three-thousand, two hundred dollars and zero cents ($3,200.00) for damages for pain, suffering, inconvenience and physical impairment, for a total of twelve thousand, one hundred, ninety-five dollars and thirty-two cents ($12,195.32).

MICROFILMED
MAR 2 3 2000

2. Any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58.

3. That the Clerk TRANSMIT or MAIL copies of this Order of Judgment to counsel of record.

*/s/ William M. Nickerson*
William M. Nickerson
United States District Judge